

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00780-CV

PEDRO E. VELEZ, Appellant

V.

VILMA INES ANDREWS, Appellee

Appeal from the 309th District Court of Harris County.   (Tr. Ct. No. 2004-66968).

**TO THE 309TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 16th day of December 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> Appellant, Pedro E. Velez, has neither established indigence nor paid, or made arrangements to pay, all the required fees.   Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellant did not adequately respond.   It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

> The Court **orders** that the appellant, Pedro E. Velez, pay all appellate costs.

> The Court **orders** that this decision be certified below

for observance.

Judgment rendered December 16, 2014.

Per curiam opinion delivered by panel consisting of Justices Jennings, Bland, and Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

February 27, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

